**J. D. GANT, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28426.**

Court of Criminal Appeals of Texas.

June 27, 1956.

No attorney for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Appellant was convicted under two counts for the offense of selling whiskey in a dry area; the punishment assessed under the first count, $150 fine, and the punishment assessed under the second count, $150 fine.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed, and no motion for rehearing will be entertained in this case.